IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Case No. 6:22-cr-22 |
| PETER J. BENNETT | § | |

**VERDICT FORM**

As to the offense charged in Count One of the First Superseding Indictment, Conspiracy to Commit Money Laundering, we, the Jury, find Peter J. Bennett:

 ✓ _____
Guilty Not Guilty

As to the offense charged in Count Two of the First Superseding Indictment, Conspiracy to Operate an Unlicensed Money Transmitting Business, we, the Jury, find Peter J. Bennett:

 ✓ _____
Guilty Not Guilty

1

As to the offense charged in Count Three of the First Superseding Indictment, Perjury, we, the Jury, find Peter J. Bennett:



 ✓
_____        _____
 Guilty           Not Guilty

As to the offense charged in Count Four of the First Superseding Indictment, Perjury, we, the Jury, find Peter J. Bennett:



 ✓
_____        _____
 Guilty           Not Guilty

Date: 1.14.2023        Presiding Juror: ███████████

2