IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 6:22-cr-22-JDK |
| PETER J. BENNETT | § § § | |

## ORDER DISMISSING INDICTMENTS WITH PREJUDICE

Before the Court is the United States' sealed motion to dismiss indictments with prejudice. Docket No. 156. Defendant Peter J. Bennett was convicted by a jury on July 14, 2023, on all four counts charged in the First Superseding Indictment. Docket No. 91. On July 2, 2024, while awaiting sentencing, Bennett died. Docket No. 156 at 2.

Given Bennett's death, the United States moves to dismiss the indictments pending against Bennett with prejudice. *Id.* The Court **GRANTS** the motion and **ORDERS** that the indictments pending against Bennett be **DISMISSED WITH PREJUDICE**.

So **ORDERED** and **SIGNED** this **22nd** day of **July, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1